UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:17-CV-237-orl-22KRS

JANETTE DESTEFANO

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**AMENDED JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Janette Destefano, and Defendant, Hartford Life And Accident Insurance Company, by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

    Dated this 13th day of June, 2017.

| | |
|---|---|
| _s/ Gregory D. Swartwood_ | _/s/ Jonathan M. Fordin_ |
| Gregory D. Swartwood, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 371637 |
| THE NATION LAW FIRM, LLP | SHUTTS & BOWEN LLP |
| 570 Crown Oak Centre Drive | 200 South Biscayne Blvd. |
| Longwood, FL 32750 | Suite 4100 |
| Telephone: (407) 339-1104 | Miami, FL 33131 |
| Facsimile: (407) 339-1118 | Telephone: 305-347-7390 |
| E-mail: gswartwood@nationlaw.com | Fax: 305-381-9982 |
| _Counsel for Plaintiff_ | jfordin@shutts.com |
| | _Counsel for Defendant_ |