# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JANETTE DESTEFANO,

      **Plaintiff,**

v.                                                                    Case No:   6:17-cv-237-Orl-22KRS

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      **Defendant.**

---

## ORDER OF DISMISSAL

Upon the parties' Amended Joint Stipulation for Dismissal with Prejudice (Doc. No. 19),

filed June 13, 2017, it is **ORDERED** and **ADJUDGED** that

1.      This cause is hereby **DISMISSED WITH PREJUDICE.**

2.      Any pending motions are hereby **DENIED** as moot.

3.      The Clerk is directed to **CLOSE** the file.

      **DONE** and **ORDERED** in Chambers in Orlando, Florida on June 13, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record